■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH MITCHELL, Appellant. [41 NYS3d 885]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered August 4, 2014, as amended November 18, 2014, convicting defendant, after a jury trial, of criminal possession of a forged instrument in the first degree (two counts) and jostling, and sentencing him, as a second felony offender, to an aggregate term of 3 to 6 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*People v Danielson*, 9 NY3d 342 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of any inconsistencies in testimony. Concur—Tom, J.P., Friedman, Saxe, Feinman and Kahn, JJ.